UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
AUG 13 2019
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

Robert Heard, )
        )
   Plaintiff, )
        )
v. ) Civil Action No. 19-2053 (UNA)
        )
Mexicans *et al.*, )
        )
   Defendants. )

## MEMORANDUM OPINION

This matter is before the Court on its initial review of plaintiff's *pro se* complaint and application for leave to proceed *in forma pauperis*. The application will be granted and the case will be dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B), which requires the Court to dismiss a complaint upon determining that it, among other enumerated grounds, is frivolous.

Plaintiff, a resident of Gainesville, Georgia, has sued once again "Mexicans" and "Central Americans." Compl. Caption.; *cf. Heard v. Mexicans*, No. 19-cv-1213 (UNA) (D.D.C.) (case caption). He has added to the defendants' list in this case "South Americans," "Muslims (in and out of America)," "Political Entities" and two individuals. Compl. Caption. Like the prior action, which was found to be frivolous and dismissed with prejudice, the instant complaint consists largely of nonsensical statements lacking "an arguable basis either in law or in fact." *Neitzke v. Williams*, 490 U.S. 319, 325 (1989). Consequently, it too will be dismissed with prejudice. *See Firestone v. Firestone*, 76 F.3d 1205, 1209 (D.C. Cir. 1996) (A dismissal with prejudice is warranted upon determining "that 'the allegation of other facts consistent with the challenged pleading could not possibly cure the deficiency.'") (quoting *Jarrell v. United States*

*Postal Serv.*, 753 F.2d 1088, 1091 (D.C. Cir. 1985) (other citation omitted)).  A separate Order accompanies this Memorandum Opinion.

                                                                                               _____
                                                                                               United States District Judge

Date:  August 13, 2019